## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV3496                    Assigned/Issued By: J. N.

Judge Name: LEINENWEBER            Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP        [ ] No Fee   [ ] Other _____
             [ ] $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____           Receipt #: 2867484_____

Date Payment Rec'd: 6-18-08_____    Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          _____
                                         *(Victim, Against and $ Amount)*
[ ] Writ _____            [ ] Other
         *(Type of Writ)*                _____
                                         _____
                                         *(Type of issuance)*

2____ Original and 0_____ copies on 6-18-08_____ as to ALL DEFENDANTS_____
                                       *(Date)*