# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08CV3496 |

Chicago Regional Council of Carpenters

v

United Interior Construction, Inc. and Drive Construction, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendants: United Interior Construction, Inc. and Drive Construction, Inc.

---

NAME (Type or print)
James W. Marks

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/James W. Marks

FIRM   McDonald Hopkins LLC

STREET ADDRESS   640 N. LaSalle, Suite 590

CITY/STATE/ZIP   Chicago, IL 60654

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6195167 | TELEPHONE NUMBER 312-280-0111 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                              APPOINTED COUNSEL